Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUMAN & JOY CORPORATION d/b/a TERIYAKI & WOK, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE OFFICE OF LABOR STANDARDS, an agency of the CITY OF SEATTLE, a municipal corporation; MARGARET WEIHS, an individual; and CINDI WILLIAMS, an individual,<br><br>Defendants. | NO. 2:19-cv-01546 RSL-MLP<br><br>STIPULATION AND AGREED ORDER CONTINUING INITIAL DISCLOSURES AND JOINT STATUS REPORT DATES |

Plaintiff Human & Joy Corporation and Defendants Seattle Office of Labor Standards, the City of Seattle, Margaret Weihs, and Cindi Williams stipulate and jointly move the Court for an order adjusting dates as currently set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement dated October 29, 2019 (the "Initial Order").

The parties have met and conferred for their required FRCP 26 conference. It is proposed that Initial Disclosures under FRCP 26(a)(1) be due on January 10, 2020; and the

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

Combined Joint Status Report and Discovery Plan under FRCP 26(f) be due on January 17, 2020.

RESPECTFULLY SUBMITTED this 25th day of November, 2019.

s/Daniel A. Brown
s/Jessica M. Cox
Daniel A. Brown, WSBA #22028
Jessica M. Cox, WSBA #53027
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel: (206) 628-6600 Fax: (206) 628-6611
dbrown@williamskastner.com;
jcox@williamskastner.com

**Attorneys for Plaintiff**

s/Brian G. Maxey
Brian G. Maxey, WSBA #33279
Assistant City Attorney
Seattle City Attorney's Office
Civil Division
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
Tel: (206) 684-8207 Fax: (206) 684-8284
brian.maxey2@seattle.gov

**Attorney for Defendants**

s/Jessica L. Goldman
Jessica L. Goldman, WSBA #21856
Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Tel: (206) 676-7000 Fax: (206) 676-7001
Email: jessicag@summitlaw.com

**Attorney for Defendants**

STIPULATION AND AGREED ORDER CONTINUING INITIAL DISCLOSURES AND JOINT STATUS REPORT DATES – 2

(2:19-cv-01546 RSL-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6993854.1

## ORDER

Based upon the foregoing Stipulation, it is hereby

ORDERED that the initial disclosures, joint status report, and early settlement deadline dates be continued to the dates as requested by the parties above.

DATED this 27th day of November, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

SO STIPULATED:

Presented by:

s/Daniel A. Brown
s/Jessica M. Cox
Daniel A. Brown, WSBA #22028
Jessica M. Cox, WSBA #53027
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel: (206) 628-6600 Fax: (206) 628-6611
dbrown@williamskastner.com;
jcox@williamskastner.com

**Attorneys for Plaintiff**

s/Brian G. Maxey
Brian G. Maxey, WSBA #33279
Assistant City Attorney
Seattle City Attorney's Office
Civil Division
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
Tel: (206) 684-8207 Fax: (206) 684-8284
brian.maxey2@seattle.gov

**Attorney for Defendants**

STIPULATION AND AGREED ORDER CONTINUING INITIAL DISCLOSURES AND JOINT STATUS REPORT DATES – 3
(2:19-cv-01546 RSL-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6993854.1

s/Jessica L. Goldman
Jessica L. Goldman, WSBA #21856
Summit Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Tel: (206) 676-7000 Fax: (206) 676-7001
Email: jessicag@summitlaw.com

**Attorney for Defendants**

STIPULATION AND AGREED ORDER CONTINUING INITIAL DISCLOSURES AND JOINT STATUS REPORT DATES – 4
(2:19-cv-01546 RSL-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6993854.1