UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUMAN & JOY CORPORATION d/b/a TERIYAKI & WOK, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE OFFICE OF LABOR STANDARDS, an agency of the CITY OF SEATTLE, a municipal corporation; MARGARET WEIHS, an individual; and CINDI WILLIAMS, an individual,<br><br>Defendants. | Case No. CV19-1546-RSL-MLP<br><br>**ORDER SETTING PRETRIAL SCHEDULE** |

## INTRODUCTION

This case has been referred to the undersigned United States Magistrate Judge. The Court has reviewed the Joint Status Report and Discovery Plan submitted by the parties (dkt. # 15), and hereby orders the following pretrial schedule:

| **Event** | **Date** |
|---|---|
| Deadline for joining additional parties | 3/3/2020 |
| Deadline for amending pleadings | 4/3/2020 |
| Telephone status conference regarding discovery | 5/18/2020 |

ORDER SETTING PRETRIAL SCHEDULE - 1

| Reports of expert witnesses under FRCP 26(a)(2) due | 8/7/2020 |
|---|---|
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d)) | 8/24/2020 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due | 9/8/2020 |
| Discovery to be completed by | 9/8/2020 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | 10/8/2020 |

The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause.

**TRIAL DATE**

A trial date will be set by the assigned District Judge, the Honorable Robert S. Lasnik, if the case has not been resolved by settlement.

**COOPERATION**

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

**SETTLEMENT**

If this case settles, Plaintiff's counsel shall notify deputy clerk, Tim Farrell at (206) 370-8422 or via e-mail at: Tim_Farrell@wawd.uscourts.gov, as soon as possible. Pursuant to LCR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate. The Clerk is directed to send copies of this Order to all parties of record.

ORDER SETTING PRETRIAL SCHEDULE - 2

DATED this 6th day of February, 2020.

*/s/ Michelle L. Peterson*
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER SETTING PRETRIAL SCHEDULE - 3