The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUMAN & JOY CORPORATION d/b/a TERIYAKI & WOK, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SEATTLE OFFICE OF LABOR STANDARDS, an agency of the CITY OF SEATTLE, a municipal corporation; MARGARET WEIHS, an individual; and CINDI WILLIAMS, an individual,<br><br>    Defendants. | NO. 2:19-cv-01546 RSL-MLP<br><br>**STIPULATION AND ORDER DISMISSING MATTER WITH PREJUDICE** |

**STIPULATION**

The parties have resolved their dispute and thus stipulate that this action should be dismissed with prejudice and without fees or costs to any party in order to finalize their settlement.

SO STIPULATED this 4th day of March, 2021.

STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS
WITH PREJUDICE (2:15-cv-01215-RSL )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | |
|---|---|
| /s/ Daniel A. Brown | s/ Jessica L. Goldman |
| Daniel A. Brown, WSBA #22028 | Jessica L. Goldman, WSBA #21856 |
| Jessica M. Cox, WSBA #53027 | Jesse L. Taylor, WSBA #51603 |
| WILLIAMS, KASTNER & GIBBS PLLC | SUMMIT LAW GROUP, PLLC |
| 601 Union Street, Suite 4100 | 315 Fifth Avenue S., Suite 1000 |
| Seattle, WA  98101-2380 | Seattle, WA  98104 |
| Tel:  (206) 628-6600 Fax:  (206) 628-6611 | Tel: (206) 676-7000701 |
| Email: dbrown@williamskastner.com | E-mail: jessicag@summitlaw.com |
|           jcox@williamskastner.com |           jesset@summitlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

The Court has considered the parties' stipulation.

NOW, THEREFORE, IT IS ORDERED that this matter is DISMISSED with prejudice and without fees or costs to any party.

Dated this 5th day of March, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge